

# NUMBER 13-22-00539-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE CHAD SCHAEFER

### On Petition for Writ of Mandamus.

# ORDER

**Before Justices Longoria, Hinojosa, and Silva**
**Order Per Curiam**

On November 4, 2022, relator Chad Schaefer filed a petition for writ of mandamus and a motion for emergency stay. By petition for writ of mandamus, relator contends that the trial court erred by ordering relator to pay appellate attorney's fees which are not conditioned on the outcome of an appeal and to pay the fees before the appeal has been resolved. By motion for emergency stay, relator seeks to stay the trial court's November 1, 2022 temporary order requiring him to pay the attorney's fees.

The Court, having examined and fully considered the motion for emergency stay, is of the opinion that it should be granted as stated herein. Accordingly, we grant the

motion for emergency stay and we order the trial court's November 1, 2022 temporary order to be stayed, in part, as to the attorney's fees provision requiring relator to pay attorney's fees before 5:00 p.m. on November 7, 2022, by delivery of a cashier's check. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided."). All other provisions of the trial court's November 1, 2022, will remain in effect pending resolution of this original proceeding.

We request the real party in interest, Amber Lynn Schaefer, or any others whose interest would be directly affected by the relief sought, to file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
7th day of November, 2022.

2